UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANIYYAH LANGSTON,

       Plaintiff,        Case no. 16-11360
                                   Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's May 17, 2017 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: June 8, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 8, 2017, using the ECF system.

<pre>                                        s/William Barkholz
                                        Case Manager</pre>